1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD EUGENE JAMES, | No.  2:23-CV-0853-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 2, 2024, the Court determined this action was appropriate for service as to four defendants.  See ECF No. 18.  Plaintiff was directed to submit documents necessary for service of process by the United States Marshal.  See id.  Among the required documents are five copies of Plaintiff's first amended complaint at ECF No. 10.  See id.  On August 14, 2024, Plaintiff filed a notice of submission of documents as directed.  See ECF No. 20.  Plaintiff submitted all the required documents except he only submitted one copy of the first amended complaint.  Plaintiff will be required to submit the additional three copies as previously directed before this matter can proceed to service.  Plaintiff is cautioned that failure to comply may result in dismissal of the entire action.  See Local Rule 110.

1

1           Accordingly, IT IS HEREBY ORDERED that Plaintiff shall complete and file the

2 attached notice of submission of additional service documents and submit therewith four copies

3 of his first amended complaint, ECF No. 10, within 30 days of the date of this order.

4

5 Dated:  September 18, 2024

6 _____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RONALD EUGENE JAMES,                              No.  2:23-CV-0853-KJM-DMC-P

        Plaintiff,

    v.

SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.

<u>NOTICE OF SUBMISSION OF ADDITIONAL SERVICE DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the Court's

order:

        \_\_\_\_      copies of the first amended complaint, ECF No. 10.

DATED: _____        _____
                                      Plaintiff