1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   RONALD EUGENE JAMES,                  No.  2:23-cv-0853-DC-DMC (PC)

12                 Plaintiff,

13        v.                               ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS
14   SACRAMENTO COUNTY SHERIFF
     DEPARTMENT, et al.,
15
16                 Defendants.

17
              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to
18
     42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
19
     Eastern District of California local rules.
20
              On March 5, 2025, and July 7, 2025, the magistrate judge filed separate findings
21
     and recommendations herein that were served on the parties, and which contained notice that the
22
     parties may file objections within the time specified therein.  No objections to these findings and
23
     recommendations have been filed.
24
              The Court has reviewed the file and finds the findings and recommendations to
25
     both be supported by the record and the magistrate judge's analysis.
26
     / / /
27
     / / /
28

                                    1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 5, 2025, and July 7, 2025, (ECF Nos. 39 and 46), are adopted in full.

2. Plaintiff's motions for injunctive relief, ECF Nos. 37, 38, 42 and 44, are denied.

3. This matter is referred back to the assigned magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:  **August 14, 2025**

Dena Coggins
United States District Judge